UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| EDMUND F BALL, III,<br><br>                Plaintiff,<br>    v.<br><br>RON HAYNES,<br><br>                Defendants. | Case No. C19-5135-RBL-TLF<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

THIS MATTER is before the Court on Magistrate Judge Fricke's Report and Recommendation [Dkt. 6], recommending that the Court deny plaintiff's application to proceed *in forma pauperis* [Dkt. 1] and require plaintiff to pay the filing fee.

(1) The Magistrate Judge's Report and Recommendation is ADOPTED;

(2) Plaintiff's Application to Proceed *In Forma Pauperis* (Dkt. 1) is DENIED;

(3) Plaintiff is directed to pay the required filing fee within thirty (30) days of the date of this order;

(4) Failure to pay the filing fee within thirty (30) days of the date of this order will result in dismissal of this action without prejudice without further order of the Court;

ORDER ADOPTING REPORT AND RECOMMENDATION
- 1

(5) The Clerk is directed to send copies of this Order to plaintiff, to Magistrate Judge Fricke, and to any other party that has appeared in this action.

IT IS SO ORDERED.

Dated this 24th day of April, 2019.

Ronald B. Leighton
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION - 2