UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EDMUND F. BALL III,<br><br>Petitioner,<br><br>v.<br><br>RON HAYNES,<br><br>Respondent. | Case No. 3:19-cv-5135-RSM-TLF<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

The Court has reviewed the Report and Recommendation filed in this case and Petitioner's Objections. Dkts. #23 and #25. The Court finds no error in the Magistrate Judge's analysis and agrees that this petition is untimely, that an evidentiary hearing is unwarranted, and that a certificate of appealability should not issue. Having reviewed these filings, the Petition for writ of federal habeas corpus relief, and the remaining record, the Court hereby finds and ORDERS:

  (1) the Magistrate Judge's Report and Recommendation (Dkt. #23) is approved and adopted;

  (2) Petitioner's federal habeas corpus petition is DISMISSED with prejudice;

  (3) Petitioner's request for a certificate of appealability (COA) is DENIED; and

ORDER ADOPTING REPORT AND RECOMMENDATION - 1

(4) the Clerk is directed to send copies of this Order to Petitioner, to Magistrate Judge Theresa L. Fricke, and to any other party that has appeared in this action.

DATED this 21st day of September, 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE